**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 29, 2026

**By ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Medford v. Arteta et al.,* No. 26 Civ. 5278 (JAV)

Dear Judge Vargas:

This Office represents the government in the above-referenced habeas corpus action. On June 23, 2026, the Court directed the parties to confer in advance of tomorrow's conference and to submit a joint letter no later than today by noon. ECF No. 4. On behalf of the parties, and with apologies that this letter is being filed late, I write respectfully to inform the Court that the parties have conferred, that the parties do not believe a conference is necessary tomorrow, and the parties request that the Court endorse the following briefing schedule on the petition: the government shall file its response by July 6, and Petitioner may file a reply by July 9.

We thank the Court for its consideration of this letter, and we apologize that this letter is being filed after the noon deadline.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *s/ Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondent*

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: June 29, 2026

cc: Counsel of Record (by ECF)