UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN PASKINEL MEDFORD,

Petitioner,

-v-

PAUL ARTETA, et al.,

Respondents.

26-CV-05278 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Earlier today, the Court held a hearing concerning Petitioner Jonathan Paskinel Medford's petition for the writ of habeas corpus under 28 U.S.C. § 2241. For the reasons stated on the record, the Petition is GRANTED IN PART AND DENIED IN PART.

As orally ordered at today's hearing, Petitioner is ordered conditionally released unless Respondents comply with the following instruction: within fourteen calendar days of this Order, the immigration court must hold a bond hearing at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, and in determining whether to grant bond, the Immigration Judge ("IJ") must consider the availability of alternative conditions of release, and in determining the amount of any bond imposed, the IJ shall consider the Petitioner's ability to pay. Respondents may move for an extension of time in which to hold such a bond hearing for good cause shown.

The Clerk of Court is directed to enter judgment in accordance with this Order, terminate all pending motions, and to close the case.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge