**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

JONATHAN PASKINEL MEDFORD,

Petitioner,

-against-

PAUL ARTETA, et al.,

Respondents.

---------------------------------------------------------X

26 **CIVIL** 5278 (JAV)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 29, 2026, the Petition is GRANTED IN PART AND DENIED IN PART. As orally ordered at the hearing, Petitioner is ordered conditionally released unless Respondents comply with the following instruction: within fourteen calendar days of the Order, the immigration court must hold a bond hearing at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, and in determining whether to grant bond, the Immigration Judge ("IJ") must consider the availability of alternative conditions of release, and in determining the amount of any bond imposed, the IJ shall consider the Petitioner's ability to pay. Respondents may move for an extension of time in which to hold such a bond hearing for good cause shown; accordingly, the case is closed.

**DATED:** New York, New York
November 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**