UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN PASKINEL MEDFORD,<br>Petitioner,<br>-v-<br>PAUL ARTETA, et al.,<br>Respondents. | 26-CV-05278 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On October 29, 2026, the Court ordered the Government to provide the petitioner with a bond hearing by November 19, 2026. ECF No. 18 (the "Order"). The Court additionally ordered that, at such bond hearing, the Immigration Judge must consider the availability of alternatives to detention in determining whether to grant bond. *Id.*

The Court is in receipt of the Government's letter dated November 12, 2026 (ECF No. 20) regarding Petitioner Jonathan Paskinel Medford's ("Petitioner") bond hearing held on November 10, 2026. According to the Government, the immigration judge at the hearing failed to comply with the Court's Order. ECF No. 20. The Government contends that "the IJ did not explicitly address alternatives to detention" and therefore asks the Court to order a new or supplemental bond hearing directing the immigration judge to make specific findings on whether there are available alternative conditions of release. *Id.*

The immigration judge's failure to explicitly consider alternatives to detention, as previously ordered by this Court, warrants a supplemental bond hearing. *See, e.g.*, *C.R.C. v.*

*Genalo*, No. 26-CV-02694 (JLR), 2026 WL 2283016, at *7 (S.D.N.Y. Aug. 7, 2026); *Sheriff v. Arteta*, No. 26-CV-06230 (JLR), 2026 WL 2410774, at *2 (S.D.N.Y. Aug. 18, 2026).

Accordingly, the Court hereby ORDERS that, by November 19, 2026, the immigration court must hold another bond hearing for the purpose of determining whether any alternatives to detention exist that would effectively mitigate Petitioner's danger to the community.

SO ORDERED.

Dated: November 13, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge